166 A.3d 1111

IN THE MATTER OF AMY MACHADO, AN ATTORNEY AT LAW (ATTORNEY NO. PHV031154)

July 20, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–219, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **AMY MACHADO** of **FORT LEE,** who was admitted to appear *pro hac vice* in this State in 2011, should have her *pro hac vice* privileges suspended for violating *RPC* 3.3(a)(1)(lack of candor to a tribunal), *RPC* 5.5(a)(1)(unauthorized practice of law), *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d)(conduct prejudicial to the administration of justice);

And the Disciplinary Review Board having further concluded that the Office of Attorney Ethics should refer respondent's conduct to the disciplinary authorities in New York;

And the Court having determined from its review of the matter that respondent should be permanently barred from appearing *pro hac vice* in New Jersey for her unethical conduct;

And good cause appearing;

It is ORDERED that **AMY MACHADO** is permanently barred from appearing *pro hac vice* in New Jersey; and it is further

ORDERED that the Office of Attorney Ethics shall refer respondent's conduct to the New York attorney disciplinary authorities; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.